DENNIS K. BURKE
United States Attorney
District of Arizona
GORDON E. DAVENPORT III
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gordon.davenport.iii@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-11-1154-TUC-CKJ-(GEE) |
|---|---|
| Plaintiff, | **NOTICE OF RELATED CRIMINAL CASES INVOLVING BOTH ADULT AND JUVENILE** |
| v. | |
| Juan Isabel Pinal-Morales, | |
| Defendant. | (Pursuant to: LRCrim 5.1(b)(c)(1)) |

Now comes the United States of America, by and through its attorneys undersigned, and pursuant to LRCrim 5.1(b)(c)(1) hereby gives notice that both a juvenile(s) and an adult(s) are involved in substantially the same event, as charged in the following separate cases:

- *United States v. a certain juvenile*, CR 11-1189-TUC-DCB-(BPV)
- *United States v. Juan Isabel Pinal-Morales*, CR-11-1154-TUC-CKJ-(GEE)

A copy of this notice will be filed in each case.

Respectfully submitted this 11th day of April, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

*S/Gordon E. Davenport III*
GORDON DAVENPORT III
Assistant U.S. Attorney